UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



EDILBERTO CAVERO
    Plaintiff

Case No.: 12-CV-24347-KING

STELLAR RECOVERY INC
    Defendants

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff EDILBERTO CAVERO, and respectfully informs the Court that this action between Plaintiff and STELLAR RECOVERY INC has been settled. In support of this Notice Plaintiff states the following:

1. The parties reached a settlement on Friday, January 25, 2013.
2. Pursuant to the settlement agreement, Plaintiff will dismiss with prejudice the action against STELLAR RECOVERY INC upon receipt of the settlement check Due by February 15, 2013.
3. The Release was signed on January 28, 2013.
4. Defendant response was due by January 28, 2013, Plaintiff has agreed that due to the settlement, STELLAR RECOVERY INC does not need to respond unless the Court directs otherwise.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be filed with the Clerk of Court and served properly this 29th day of January, 2013 to the Attorneys of the Defendant at the following address:

THE LAW OFFICES OF
SARAH SHULLMAN, P.A.

1

12230 FOREST HILL BOULEVARD, #110-E

WELLINGTON, FL 33414

                                            Respectfully submitted,

                                            EDILBERTO CAVERO

                                            1421 SW 107 AVE # 259

                                            MIAMI FL 33174