UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24347-CIV-KING/MCALILEY

EDILBERTO CAVERO,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Settlement (D.E. #8) filed January 29, 2013, advising the Court that the parties have amicably resolved all claims in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the terms of the settlement agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 30th day of January, 2013.

                                          JAMES LAWRENCE KING
                                          UNITED STATES DISTRICT JUDGE

cc: *Plaintiff, Pro Se:*
Edilberto Cavero
1421 S.W. 107th Avenue, #259
Miami, FL 33174

*Counsel for Defendant:*
Sarah Shullman, Esq.
The Law Offices of Sarah Shullman, P.A.
12230 Forest Hill Blvd., #110-E
Wellington, FL 33414